McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

MAR 1 4 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>BRYCE CARTER STUDEBAKER,<br><br>                    Defendant. | CASE NO. 2:19-CR-0052 TLN<br><br>18 U.S.C. § 2251(a) and (e)– Production and Attempted Production of Child Pornography (4 Counts); 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography (4 Counts); 18 U.S.C. § 2253(a) – Criminal Forfeiture |

# INDICTMENT

COUNT ONE: [18 U.S.C. § 2251(a) – Production and Attempted Production of Child Pornography]

The Grand Jury charges: T H A T

BRYCE CARTER STUDEBAKER,

defendant herein, on or about March 30, 2018, in the County of Yuba, State and Eastern District of California and elsewhere, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Victim 1," to engage in any sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, for the purpose of producing any visual depiction of such conduct, with knowledge and reason to know that such visual depiction was and would be transported or transmitted using any means or facility of interstate and foreign commerce and in or affecting interstate or foreign commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and attempted to do so, all in violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT TWO: [18 U.S.C. § 2251(a) – Production and Attempted Production of Child Pornography]

The Grand Jury further charges: T H A T

BRYCE CARTER STUDEBAKER,

defendant herein, on or about March 17, 2018, in the County of Yuba, State and Eastern District of California and elsewhere, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Victim 1," to engage in any sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, for the purpose of producing any visual depiction of such conduct, with knowledge and reason to know that such visual depiction was and would be transported or transmitted using any means or facility of interstate and foreign commerce and in or affecting interstate or foreign commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT THREE: [18 U.S.C. § 2251(a) – Production and Attempted Production of Child Pornography]

The Grand Jury further charges: T H A T

BRYCE CARTER STUDEBAKER,

defendant herein, on or about January 23, 2018, in the County of Yuba, State and Eastern District of California and elsewhere, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Victim 1," to engage in any sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, for the purpose of producing any visual depiction of such conduct, with knowledge and reason to know that such visual depiction was and would be transported or transmitted using any means or facility of interstate and foreign commerce and in or affecting interstate or foreign commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT FOUR: [18 U.S.C. § 2251(a) – Production and Attempted Production of Child Pornography]

The Grand Jury further charges: T H A T

BRYCE CARTER STUDEBAKER,

defendant herein, on or about December 31, 2017, in the County of Yuba, State and Eastern District of California and elsewhere, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Victim 1," to engage in any sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, for the purpose of producing any visual depiction of such conduct, with knowledge and reason to know that such visual depiction was and would be transported or transmitted using any means or facility of interstate and foreign commerce and in or affecting interstate or foreign commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT FIVE: [18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography]

The Grand Jury further charges: T H A T

BRYCE CARTER STUDEBAKER,

defendant herein, on or about March 30, 2018, in the County of Yuba, State and Eastern District of California, and elsewhere, did knowingly receive at least one visual depiction, depicting Victim 1, the producing of which involved at least one minor engaging in sexually explicit conduct and which depiction was of such conduct, as defined in Title 18, United States Code, Section 2256, and which had been shipped and transported in and affecting interstate or foreign commerce, had been sent and received using any means and facility of interstate or foreign commerce, including by computer, and which contained materials which had been mailed, shipped, and transported in interstate or foreign commerce by any means, all in violation of Title 18, United States Code, Section 2252(a)(2).

///
///
///
///

INDICTMENT                                                3

1  COUNT SIX: [18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography]
2       The Grand Jury further charges: T H A T
3                    BRYCE CARTER STUDEBAKER,
4  defendant herein, on or about March 17, 2018, in the County of Yuba, State and Eastern District of
5  California, and elsewhere, did knowingly receive at least one visual depiction, depicting Victim 1, the
6  producing of which involved at least one minor engaging in sexually explicit conduct and which
7  depiction was of such conduct, as defined in Title 18, United States Code, Section 2256, and which had
8  been shipped and transported in and affecting interstate or foreign commerce, had been sent and
9  received using any means and facility of interstate or foreign commerce, including by computer, and
10 which contained materials which had been mailed, shipped, and transported in interstate or foreign
11 commerce by any means, all in violation of Title 18, United States Code, Section 2252(a)(2).
12 COUNT SEVEN:   [18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography]
13      The Grand Jury further charges: T H A T
14                   BRYCE CARTER STUDEBAKER,
15 defendant herein, on or about January 23, 2018, in the County of Yuba, State and Eastern District of
16 California, and elsewhere, did knowingly receive at least one visual depiction, depicting Victim 1, the
17 producing of which involved at least one minor engaging in sexually explicit conduct and which
18 depiction was of such conduct, as defined in Title 18, United States Code, Section 2256, and which had
19 been shipped and transported in and affecting interstate or foreign commerce, had been sent and
20 received using any means and facility of interstate or foreign commerce, including by computer, and
21 which contained materials which had been mailed, shipped, and transported in interstate or foreign
22 commerce by any means, all in violation of Title 18, United States Code, Section 2252(a)(2).
23
24 COUNT EIGHT:   [18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography]
25      The Grand Jury further charges: T H A T
26                   BRYCE CARTER STUDEBAKER,
27 defendant herein, on or about December 31, 2017, in the County of Yuba, State and Eastern District of
28 California, and elsewhere, did knowingly receive at least one visual depiction, depicting Victim 1, the

producing of which involved at least one minor engaging in sexually explicit conduct and which depiction was of such conduct, as defined in Title 18, United States Code, Section 2256, and which had been shipped and transported in and affecting interstate or foreign commerce, had been sent and received using any means and facility of interstate or foreign commerce, including by computer, and which contained materials which had been mailed, shipped, and transported in interstate or foreign commerce by any means, all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION:   [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1.  Upon conviction of one or more of the offenses alleged in Counts One through Eight of this Indictment, defendant BRYCE CARTER STUDEBAKER, shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the said violation; and any property, real or personal, used or intended to be used to commit and promote the commission of the violation, including, but not limited to:

   a.   Dell Laptop Computer, serial number CM7FJ52; and
   b.   Samsung Cellular Phone, IMEI No, 355301077520198.

2.  If any property subject to forfeiture as a result of the offense alleged in this Indictment for which defendant is convicted:

   a.   cannot be located upon the exercise of due diligence;
   b.   has been transferred or sold to, or deposited with, a third party;
   c.   has been placed beyond the jurisdiction of the Court;
   d.   has been substantially diminished in value; or
   e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to

///

///

seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

McGREGOR W. SCOTT
United States Attorney

A TRUE BILL.
/s/ Signature on file w/AUSA

FOREPERSON

INDICTMENT                                                                 6

No. 2:19 - CR - 0 0 5 2 TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

BRYCE CARTER STUDEBAKER

## INDICTMENT

**VIOLATION(S):**   18 U.S.C. § 2251(a) and (e) – Production and Attempted Production of Child Pornography (4 Counts); 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography (4 Counts); 18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_Foreman._

*Filed in open court this* 14 *day of* March *, A.D. 20* 19

_Clerk._

Bail, $

**NO BAIL WARRANT**

GPO 863 525

2:19 - CR - 0 0 5 2 TLN

## United States v. Bryce Carter Studebaker
### Penalties for Indictment

**Defendants**
**BRYCE CARTER STUDEBAKER**

**COUNTS 1-4:**      **ALL DEFENDANTS**

VIOLATION:      18 U.S.C. § 2251(a) and (e)–Production and Attempted Production of Child Pornography (Four Counts)

PENALTIES:      Minimum term of 15 years in prison and up to 30 years in prison; Fine of up to $250,000; or both fine and imprisonment
A minimum term of five years of supervised release, and up to life; and

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 5-8:**      **ALL DEFENDANTS**

VIOLATION:      18 U.S.C. § 2252(a)(2)—Receipt of Material Involving the Sexual Exploitation of Children (Four Counts)

PENALTIES:      Minimum term of 5 years in prison and up to 20 years in prison; Fine of up to $250,000; or both fine and imprisonment;
A minimum term of five years of supervised release, and up to life; and

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**      **All Defendants**

VIOLATION:      18 U.S.C. §  2253(a) – Criminal Forfeiture

PENALTIES:      As stated in the charging document