| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ALEXANDRA P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700/Facsimile: (916) 498-5710 |
| 5 | Lexi_negin@fd.org |
| 6 | Attorney for Defendant |
| | BRYCE STUDEBAKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-052 TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND TO EXCLUDE TIME |
| | ) | |
| BRYCE STUDEBAKER, | ) | Date: May 2, 2019 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Andre Espinosa, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Alexandra P. Negin, attorney for Bryce Studebaker, that the status conference set for May 2, 2019, be continued to June 13, 2019, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties' stipulation through and including June 13, 2019; pursuant

Stipulation and Order -1-

to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED: April 30, 2019		HEATHER E. WILLIAMS
					Federal Defender

					*/s/ Alexandra P. Negin*
					ALEXANDRA P. NEGIN
					Assistant Federal Defender
					Attorney for Defendant
					BRYCE STUDEBAKER


DATED: April 30, 2019		MCGREGOR W. SCOTT
					United States Attorney

					*/s/ Andre Espinosa*
					ANDRE ESPINOSA
					Assistant United States Attorney
					Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for June 13, 2019, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including June 13, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: April 30, 2019

_____
Troy L. Nunley
United States District Judge