UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 20 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRYCE CARTER STUDEBAKER,<br><br>    Defendant. | No. 2:19CR00052-TLN<br><br>**THIRD PARTY CUSTODY** |

BRYCE CARTER STUDEBAKER, defendant herein, is placed in the custody of:

NAME: _Racquel Studebaker_

who agrees to supervise the defendant as to any restrictions on travel, association or place of abode and to use every effort to assure the appearance of the defendant at all scheduled hearings before any court of this District and to notify the Court immediately in the event the defendant violates any condition of release or disappears.

DATED: 5/17/19

_[signature]_
CUSTODIAN

DATED: _____

_____
CUSTODIAN

DATED: _____

_____
CUSTODIAN

I agree to this third party custody arrangement.

DATED: 5/16/19

_[signature]_
DEFENDANT