McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRYCE CARTER STUDEBAKER,<br><br>　　　　　　Defendant. | CASE NO. 2:19-CR-00052-TLN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ADDING ADDITIONAL SPECIAL CONDITIONS OF RELEASE |

**STIPULATION**

The United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, agree and stipulate to the following:

1.　On March 14, 2019, the Grand Jury returned an eight-count Indictment against defendant Bryce Carter Studebaker ("Defendant"), charging him with four counts of production and attempted production of child pornography (18 U.S.C. § 2251(a) and (e)) and four counts of receipt of child pornography (18 U.S.C. § 2252(a)(2)). Dkt. #1.

2.　On March 18, 2019, Defendant was arraigned, entered a plea of not guilty to the Indictment, and was ordered detained. Dkt. #4. The following day, the Court held a detention hearing and ordered Defendant detained pending further proceedings. Dkt. #7-8.

3.　On May 15, 2019, the Court held a hearing to review Defendant's bail status and ordered him released on certain conditions set forth in the record and in a written release order. Dkt. #15-19.

4.　On or about May 17, 2019, the Pretrial Services officer assigned to this matter informed the parties that certain required conditions of Defendant's release inadvertently were omitted from the list of conditions she provided to the Court and that were incorporated into the written release order.

5. The parties now stipulate and agree that those omitted release conditions should be ordered by the Court, and jointly submit this stipulation and proposed order adding those release conditions to the conditions with which Defendant must agree to comply to permit his pretrial release and with which he must comply to maintain such pretrial release. Those additional conditions are:

    a. Defendant must not view or possess child pornography as defined by 18 U.S.C. § 2256(8), except in the presence of his attorney to prepare for his defense;

    b. Defendant must not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18; and

    c. Defendant must not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.

6. The parties agree and stipulate that the above additional release conditions supplement the release conditions already imposed by the Court and those original conditions shall remain in full force and effect.

7. Counsel for Defendant agrees to provide a copy of this stipulation and order to Defendant before his release from custody and to file a written acknowledgement with the Court of Defendant's understanding of the additional release conditions and his agreement to be bound by them.

**IT IS SO STIPULATED.**

Dated: May 28, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ ANDRÉ M. ESPINOSA
ANDRÉ M. ESPINOSA
Assistant United States Attorney

Dated: May 28, 2019

/s/ LEXI NEGIN
LEXI NEGIN
Counsel for Defendant
BRYCE CARTER STUDEBAKER

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 28th day of May, 2019.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE