UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 4, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRYCE CARTER STUDEBAKER, ) <br> ) <br> Defendant. ) | Case No. 2:19CR00052-TLN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRYCE CARTER STUDEBAKER , Case No. 2:19CR00052-TLN , Charge  18USC § 2251(f) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of $\_\_

    ✔ Unsecured Appearance Bond $50,000.00

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    ✔ (Other)    Pretrial conditions as stated on the record.

**The defendant shall be released on 6/5/2019 at 9:00 a.m. to Pretrial Services .**

Issued at  Sacramento, CA  on  June 4, 2019  at  9:19 am .

                                          By  /s/ Allison Claire/s/ Allison Claire
                                               Allison Claire
                                               United States Magistrate Judge

Copy 2 - Court