| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ALEXANDRA P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700/Facsimile: (916) 498-5710 |
| 5 | Lexi_negin@fd.org |
| 6 | Attorney for Defendant |
| | BRYCE STUDEBAKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-052 TLN |
| Plaintiff, | |
| | STIPULATION TO CONTINUE STATUS |
| v. | CONFERENCE AND TO EXCLUDE TIME |
| BRYCE STUDEBAKER, | Date: August 8, 2019 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Andre Espinosa, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Alexandra P. Negin, attorney for Bryce Studebaker, that the status conference set for August 8, 2019, be continued to October 24, 2019, at 9:30 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case. Further, defense counsel will engage services of an expert to analyze the forensic evidence in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties' stipulation through and including October 24, 2019;

Stipulation and Order -1-

| | |
|---|---|
| 1 | pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order |
| 2 | 479, Local Code T4 based upon continuity of counsel and defense preparation. |
| 3 | Counsel and the defendant also agree that the ends of justice served by the Court granting |
| 4 | this continuance outweigh the best interests of the public and the defendant in a speedy trial. |

                                                Respectfully submitted,

DATED: July 31, 2019                  HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Alexandra P. Negin*
                                                ALEXANDRA P. NEGIN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                BRYCE STUDEBAKER

DATED: July 31, 2019                  MCGREGOR W. SCOTT
                                                United States Attorney

                                                */s/ Andre Espinosa*
                                                ANDRE ESPINOSA
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for October 24, 2019, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including October 24, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: July 31, 2019

_____
Troy L. Nunley
United States District Judge