| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | ALEXANDRA P. NEGIN, #250376 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
|   | Telephone: (916) 498-5700/Facsimile: (916) 498-5710 |
| 5 | Lexi_negin@fd.org |
| 6 | Attorney for Defendant |
|   | BRYCE STUDEBAKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-052 TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | |
| BRYCE STUDEBAKER, | Date: March 19, 2020 |
| Defendant. | Time: 9:30 a.m. |
|  | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Andre Espinosa, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Alexandra P. Negin, attorneys for Bryce Studebaker, that the status conference set for March 19, 2020, be continued to May 21, 2020, at 9:30 a.m.

Defense Counsel continues to prepare for trial by, among other things, developing evidence related to the defendant's state of mind at the time of the offense and otherwise through examination by a psychiatric expert and the preparation of written reports. The defense requires additional time to complete that process and to review the written reports generated by that process. The government will also require time to review any such reports. Further, defense counsel requires additional time to review discovery, to examine possible defenses and to

Stipulation and Order -1-

continue investigating the facts of the case.  The parties agree that the defendant will be prejudiced if the Court fails to grant the requested continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties' stipulation through and including May 21, 2020;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED: March 13, 2020　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　*/s/ Alexandra P. Negin*
　　　　　　　　　　　　　　　　　　　　ALEXANDRA P. NEGIN
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　BRYCE STUDEBAKER

DATED: March 13, 2020　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Andre Espinosa*
　　　　　　　　　　　　　　　　　　　　ANDRE ESPINOSA
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for May 21, 2020, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including May 21, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: March 17, 2020

Troy L. Nunley
United States District Judge