HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Facsimile: (916) 498-5710
Lexi_negin@fd.org

Attorney for Defendant
BRYCE STUDEBAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-052 TLN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| BRYCE STUDEBAKER, | Date:  May 21, 2020 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Andre Espinosa, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Alexandra P. Negin, attorneys for Bryce Studebaker, that the status conference set for May 21, 2020, be continued to August 6, 2020, at 9:30 a.m.

Discovery is ongoing in this case and Defense Counsel requires additional time to investigate and prepare for trial. The parties agree that the defendant will be prejudiced if the Court fails to grant the requested continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties' stipulation through and including August 6, 2020;

pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED:  May 13, 2020         HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Alexandra P. Negin*
                             ALEXANDRA P. NEGIN
                             Assistant Federal Defender

                             Attorney for Defendant
                             BRYCE STUDEBAKER


DATED:  May 13, 2020         MCGREGOR W. SCOTT
                             United States Attorney

                             */s/ Andre Espinosa*
                             ANDRE ESPINOSA
                             Assistant United States Attorney
                             Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for August 6, 2020, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including August 6, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: May 14, 2020

_____
Troy L. Nunley
United States District Judge