**FILED**

**Aug 27, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA
(CHARLESTON)

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRYCE CARTER STUDEBAKER,

Defendant.

CAED

CASE NO.  2:19-cr-0052 TLN

SCD Case No.

CONSENT TO TRANSFER OF CASE

FOR PLEA AND SENTENCE

(Under Rule 20)

I, Bryce Carter Studebaker, defendant, have been informed that an indictment is pending against me in the Eastern District of California, in case number 2:19-CR-52 TLN.  I wish to plead guilty to the offenses charged in the indictment, to consent to the disposition of the case in the District of South Carolina, and to waive trial in the Eastern District of California.

Dated:  7/30/20

_____
BRYCE STUDEBAKER

/s/ Lexi Negin
_____
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant

APPROVED

_____
PETER M. McCOY, Jr.
United States Attorney
District of South Carolina

_____
MCGREGOR W. SCOTT
United States Attorney
Eastern District of California